McDonnell|Crowley

February 10, 2016

<u>Via First Class Mail</u>

United States Bankruptcy Court Clerk
402 East State Street
Trenton, New Jersey 08608

> <u>Re</u>:   *Debtors: Lorco Tool & Equipment Corp.*
> *Case No. 13-23441 (CMG)*
> *Unclaimed Funds/Small Check*

Dear Clerk:

    In accordance with the above captioned matter in which I serve as Trustee, enclosed herewith please find my Trustee check number **10117** in the sum of $30,712.63 for small check. Below, pursuant to FRBP 3010, please find the name(s), addresse(s) and small check amount(s);

| Claim No. | Name | Unclaimed Amount |
|---|---|---|
| 7 | James F. Buckalew – 270 St. James Place – South Plainfield, NJ, 07080 | $30,712.63 |

    Upon the Trustee recognizing that this check had yet to clear the Trustee's office reached out to the claimant on multiple occasions. The Trustee's office spoke directly with the claimant who verified that he was in possession of the check but would not deposit. This rhetoric occurred during multiple conversations directly with the claimant. The Trustee has since been unable to contact the claimant and in an effort to ensure the funds are disbursed to the correct party and being unable to verify the current location of the check, the Trustee stopped the check and is forwarding the unclaimed funds to the Clerk.

115 Maple Avenue
Red Bank, NJ 07701
732−383−7233|Phone
732−383−7531|Fax
www.mchfirm.com

McDonnell|Crowley

After your review, if you require any additional documentation, please do not hesitate to call me.

Very truly yours,

***/s/ John M. McDonnell***

John Michael McDonnell